AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-02447-JMV-MF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Creditors Relief LLC</u> was received by me on *(date)* <u>Apr 11, 2017, 4:00 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Skye Adallone</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Creditors Relief LLC</u> on *(date)* <u>Wed, Apr 12 2017</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>.

I declare under penalty of perjury that this information is true.

Date: 4/11/17

_____
*Server's signature*

Anthony Iavarone
_____
*Printed name and title*

400 Tenafly Rd #70, Tenafly, NJ 07670
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 12, 2017, 11:46 am EDT at Company: 120 Sylvan Ave Ste: 300, Englewood Cliffs, NJ 07632 received by Skye Adallone. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'4"; Hair: Blond; Eyes: Blue; Relationship: Managing Agent;