UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY HALE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>CREDITORS RELIEF LLC, a New Jersey limited liability company.<br><br>                              Defendant. | Case No. 2:17-cv-02447 |

**DISCLOSURE STATEMENT**

The undersigned counsel for <u>Creditors Relief LLC</u>, certifies that this party is a non-governmental corporate party and that**:**

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

  **N/A**
_____
_____
_____
_____


**X**   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

May 25, 2017

                                                      By:     /s/Suzanne Iazzetta
                                                              Suzanne Iazzetta, Esq.
                                                              **IAZZETTA LAW LLC**
                                                              New Jersey Bar No. 034912005
                                                              297 Orange Road, Suite 1
                                                              Montclair, NJ 07042
                                                              Telephone: (973) 913-4693
                                                              Fax: (888) 235-7762
                                                              Suzanne@IazzettaLaw.com
                                                              *Counsel for Defendant*