

ATTORNEYS AT LAW

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**LEE VARTAN**
lvartan@csglaw.com
(O) 973.530.2107
(F) 973.530.2307

May 8, 2019

*Via ECF*

Hon. Mark Falk, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

  Re: **Jeffrey Hale v. Creditors Relief, LLC**
     **Civil Action No. 2:17-cv-02447**

Dear Judge Falk:

  We write briefly in response to the letter submitted yesterday by Plaintiff's counsel. Defendant provided written responses to Plaintiff's interrogatories and document requests, as well as a production of documents a few minutes after Plaintiff submitted his letter to you. We note that we are in the process of reviewing Plaintiff's discovery responses and expect to send Plaintiff's counsel a deficiency letter shortly. We are hopeful that the parties will be able to resolve any discovery issues without assistance from the Court.

  Thank you in advance for your time and attention to this matter.

               Respectfully,

               Lee Vartan

LV/ljb