CHIESA SHAHINIAN & GIANTOMASI PC
Lee Vartan, Esq.
A. Ross Pearlson, Esq.
Daniel D. Barnes, Esq.
One Boland Drive
West Orange, NJ 07052
973.325.1500
*Attorneys for Defendant*
*Creditors Relief, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY HALE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>CREDITORS RELIEF, LLC,<br><br>Defendant. | Civil Action No.: 2:17-cv-02447-JMV-MF<br><br>**NOTICE OF MOTION FOR DISMISSAL AND/OR DENIAL OF CLASS CERTIFICATION**<br><br>Motion Day: September 3, 2019<br><br>ORAL ARGUMENT REQUESTED |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 3, 2019, or on such later date as the Court may order, Defendant Creditors Relief, LLC, through its undersigned counsel, shall apply to this Court pursuant to Federal Rule of Civil Procedure 23 for an order dismissing and/or denying certification of Plaintiff's proposed class.

**PLEASE TAKE FURTHER NOTICE** that Creditors Relief shall rely upon the accompanying Brief, Declaration of Alan Tunit, and Declaration of Lee Vartan, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

Respectfully submitted,

**CHIESA SHAHINIAN & GIANTOMASI PC**

Dated: August 9, 2019

By: _____
Lee Vartan
A. Ross Pearlson
Daniel D. Barnes
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500

*Attorneys for Defendant*
*Creditors Relief, LLC*

2