UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jeffrey Hale, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Creditors Relief, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-02447<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Jeffrey Hale ("Hale") and Defendant Creditors Relief, LLC ("Creditors Relief"), by and through their undersigned counsel, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice, except that the claims of other proposed class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

KAZEROUNI LAW GROUP, APC.
*Attorneys for Plaintiff*
*Jeffrey Hale*

　　　s/ Ross H. Schmierer
By:　Ross H. Schmierer, Esq.
　　　3000 Atrium Way, Suite 200
　　　Mt. Laurel, NJ 08054

CHIESA SHAHINIAN & GIANTOMASI, P.C.
*Attorneys for Defendant*
*Creditors Relief, LLC*

　　　s/ Lee Vartan
By:　Lee Vartan, Esq.
　　　One Boland Drive
　　　West Orange, NJ 07052

Dated: June 30, 2020

Dated: June 30, 2020

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 7/2/2020